AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

**v.**

**ANTHONY KEITH MCGINNIS**

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)

CASE NUMBER:  **CR 08-00105-001**
USM NUMBER:  **22666-058**

**THE DEFENDANT:**

        Latisha V. Colvin
**Defendant's Attorney**

(X)   admitted guilt to violation of supervision condition(s) **Conditions 3, 5, and 6**

( )   was found in violation of supervision condition(s)

| **Violation Number** | **Nature of Violation** | **Date violation Occurred** |
|---|---|---|
| Condition #3 | Technical | |
| Condition #5 | Technical | |
| Condition #6 | Technical | |

**The defendant is sentenced as provided in pages 2.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.**

( )   The defendant has not violated condition(s) _____ and is discharged as to such violation condition(s).

        IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

**Defendant's Residence Address:**
   616 Third Avenue
   Saraland, AL  36571

        September 1, 2009
Date of Imposition of Judgment

        s/Kristi K. DuBose
UNITED STATES DISTRICT JUDGE

        September 14, 2009
Date

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 4 - Probation

Defendant: **ANTHONY KEITH MCGINNIS**
Case Number: **CR 08-00105-001**

# PROBATION

**The Court finds that the offender has violated the terms of his supervised release; however, CONTINUES the offender on supervision with the same conditions that were originally imposed on May 8th, 2009:  the offender shall participate in a program of mental health treatment and/or counseling, as directed by the Probation Office.  The Court instructed the probation officer to notify this Court of any further violations of supervised release immediately. The Court CONTINUES the hearing indefinitely.  The Court warned the offender that should he not abide by PO Johnson's instructions, he would be brought back before the Court immediately and there would be no need to prepare a new petition.**

**SPECIAL CONDITIONS:**

*For offenses committed on or after September 13, 1994:*
The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

(x)    The defendant shall not possess a firearm , destructive device, or any other dangerous weapon.
()    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.  (Check, if applicable)
()    The defendant shall participate in an approved program for domestic violence. (Check, if applicable)
If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.
**The defendant shall not commit another federal, state or local crime.**
**The defendant shall not illegally possess a controlled substance.**
**The defendant shall comply with the standard conditions that have been adopted by this court (as set forth below).**
**The defendant shall also comply with the additional conditions on the** <u>attached page (if applicable).</u>

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the prob. officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training,or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the prob. officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
14) the defendant shall cooperate, as directed by the probation officer, in the collection of DNA, if applicable, under the provisions of 18 U.S.C. §§ 3563(a)(9) and 3583(d) for those defendants convicted of qualifying offenses.